UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN FURTHERANCE OF THE                                :
STAY OF CERTAIN CIVIL CASES           :          ORDER
PENDING THE RESTORATION OF         :
DEPARTMENT OF JUSTICE FUNDING   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 2, 2025, the Chief Judge issued an Amended Standing Order — a copy of which is attached — staying all civil cases (other than civil forfeiture cases and immigration cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees until funding to the Department of Justice ("DOJ") is restored. *See In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, 25-MC-433 (LTS), ECF No. 3.

Per the Amended Standing Order, absent other direction or order from the Court, all court deadlines in those civil cases are tolled for the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores DOJ funding.

The Amended Standing Order appears to apply to the following civil cases assigned to the undersigned:

- *Schulte v. United States*, 21-CV-4042
- *New York Times v. Dep't of Def.*, 23-CV-5037
- *ACLU v. U.S. Immigr. & Customs Enf't*, 24-CV-7290
- *Lackey v. United States*, 24-CV-8004
- *Lamb v. U.S. Postal Serv.*, 24-CV-9441
- *Genovese v. Sec. & Exch. Comm'n*, 25-CV-2704
- *Robert F. Kennedy Hum. Rts. v. U.S. Dep't of Homeland Sec.*, 25-CV-6541
- *Mukherjee v. U.S. Immigr. & Customs Enf't*, 25-CV-8072

- *United States v. Zahabian*, 25-CV-8076
- *Brenda Safford v. Comm'r of Soc. Sec.*, 25-CV-8258

Accordingly, unless and until the Court orders otherwise, all of these cases are stayed pursuant to the terms of the Amended Standing Order.  **Unless and until the Court orders otherwise, the parties in each listed case shall confer and file a joint letter within one week of the date the President signs into law a budget appropriation that restores DOJ funding, proposing next steps, including new dates and deadlines, as appropriate.**

If a party believes that the stay should be lifted in a particular case, it should confer with the United States Attorney's Office for the Southern District of New York and file a letter-motion to that effect.  Pursuant to the Amended Standing Order, any party seeking to lift a stay should, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to [jeffrey.oestericher@usdoj.gov](mailto:jeffrey.oestericher@usdoj.gov) with the papers seeking such relief.

The Clerk of Court is directed to enter a copy of this Order in each case listed above.

SO ORDERED.

Dated: October 17, 2025
      New York, New York

                                      JESSE M. FURMAN
                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                                      :

In re: Stay of Certain Civil Cases Pending the   :        <u>AMENDED</u>
                                                            <u>STANDING ORDER</u>
Restoration of Department of Justice Funding   :        M10-468
                                                             25-mc-00433-LTS
                                                      :

------------------------------------------x

       Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

       1.      Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business date after the President signs into law a budget appropriation that restores Department of Justice funding.

       2.      Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in <u>qui tam</u> cases, in all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding.

3. Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov with the papers seeking such relief.

4. This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any such motions seeking relief against the United States shall be served promptly on the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov.

5. The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

6. This Order amends and supersedes the Order relating to the stay of civil cases involving the United States Attorney's Office for the Southern District of New York that was entered on October 1, 2025.

SO ORDERED.

_____
Laura Taylor Swain
Chief Judge

Dated:   New York, New York
         October 2, 2025