UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SHONDA A. LACKEY, *as Administrator of the Estate of*
*Lou Esther Lackey, deceased*,

                           Plaintiff,

               -v-

UNITED STATES OF AMERICA et al.,

                        Defendants.

------------------------------------------------------------------------X

24-CV-8004 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today, the parties shall jointly file a letter no later than **March 11, 2026,** informing the Court of when the settlement conference with Magistrate Judge Cave has been scheduled and proposing new deadlines for expert discovery.

      SO ORDERED.

Dated: March 4, 2026
      New York, New York

                                     JESSE M. FURMAN
                             United States District Judge