**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

---

April 21, 2026

**BY ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> The parties' request at Dkt. No. 52 is **GRANTED**.  The settlement conference scheduled for **May 5, 2026 at 2:15 p.m. ET**, (Dkt. No. 48), is **ADJOURNED** to **June 5, 2026 at 10:00 a.m. ET** and will take place **in person**, in Courtroom 18A, 500 Pearl Street, New York, New York. Agency counsel for Defendant United States of America may participate by phone.  Any Electronic Device Order forms are due by **June 1, 2026**.  (See Dkt. No. 48 at 1).
>
> The deadline for Plaintiff to  make a settlement demand is **EXTENDED** to **May 22, 2026**. The deadline for Defendants to inform Plaintiff of their response to the demand is **EXTENDED** to **May 29, 2026**.  The deadline for the parties to email their Attendance Acknowledgment Forms and written submissions pursuant to paragraph 4 of the Standing Order, (Dkt. No. 48 at 4-6), to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) **and** opposing counsel is **EXTENDED** to **June 1, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 52.
>
> SO ORDERED.    April 22, 2026
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Lackey v. United States of America*, No. 24 Civ. 8004 (JMF) (SLC)

Dear Judge Cave:

This Office represents defendant United States of America in this medical malpractice action brought under the Federal Tort Claims Act. The Government writes with the consent of all parties to respectfully request an approximately one-month adjournment of the May 5, 2026 settlement conference, the related April 27, 2026 deadline for the Government to respond to Plaintiff's settlement demand, and the April 28, 2026 deadline for the parties' written submissions. (ECF No. 48). The Government requests this extension to allow it more time to receive authorization to respond to Plaintiff's demand. The parties are available for the mediation conference on June 3 or 4 or another date thereafter that is convenient for the Court and the parties. Should the Court grant the Government's request for an adjournment, the Government respectfully requests that its deadline to respond to Plaintiff's settlement demand be set for one week before the conference and that the deadline for written submissions be set one day after the Government has responded to Plaintiff's demand. This is the Government's first request for an adjournment of the settlement conference. All parties consent to this request.

The Government thanks the Court for its consideration of this letter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Harry K. Fidler
HARRY K. FIDLER
Assistant United States Attorney
Telephone: (212) 637-2321
Email: harry.fidler@usdoj.gov

cc:    All counsel of record (via ECF)